orrick

**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

+1 202 339 8400

**orrick.com**

**David McGill**

**E** dmcgill@orrick.com
**D** +1 202 339 8666
**F** +1 202 339 8500

September 3, 2025

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: ***United States v. Ho*, 25-cr-3 (JAV)**

MEMO ENDORSED

Dear Judge Vargas:

We represent the nonparty entity ("Nonparty-1")—referred to as "Firm 1" in the indictment in the above-referenced criminal proceeding. On August 4, 2025, defendant Cheuk Fung Richard Ho ("Defendant Ho") served a pretrial subpoena ("Subpoena") pursuant to Fed. R. Crim. P. 17(c) upon counsel for Nonparty-1, with a 30-day return date of September 3, 2025. Nonparty-1 writes to notify the Court that the parties met and conferred regarding Nonparty-1's objections to the Subpoena on August 19, 2025, and exchanged correspondence thereafter in a good faith attempt to resolve their disagreements. While the parties continue to discuss potential resolutions for certain of Defendant Ho's requests, it is now clear that the parties will not reach agreement on the remaining requests. Accordingly, by this letter, Nonparty-1 respectfully requests that the Court grant the following relief in relation to Nonparty-1's anticipated motion to quash the Subpoena:

First, Nonparty-1 requests that the Court authorize Nonparty-1's counsel to enter a formal appearance on the docket and to file electronically on the docket under the proper event type for the anticipated motion to quash.[1]

Second, Nonparty-1 requests leave to file its motion to quash Defendant Ho's Subpoena.

Finally, Nonparty-1 conferred with counsel for Defendant Ho on a proposed briefing schedule for the anticipated motion, and the parties jointly request that the Court order that Nonparty-1 be permitted to file its motion to quash by September 19, 2025; that Defendant Ho file his opposition on October 13, 2025; and that Nonparty-1 file its reply, if any, by October 22, 2025.

* * *

[1] This letter is transmitted via email to your Honor's Chambers upon the recommendation of the Clerk of Court as the appropriate means for submitting this request.

orrick

Hon. Jeannette A. Vargas
September 3, 2025

We appreciate the Court's attention to this matter.

Sincerely,

/s/ *David H. McGill*
David H. McGill
*Counsel for Nonparty-1*

cc: Counsel of record

Non-party 1's relief is GRANTED. The Court adopts the briefing schedule for the motion to quash proposed by the parties. The Clerk of Court is directed to permit the non-party to file an appearance on the docket.

SO ORDERED.

Dated: September 10, 2025

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge