**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America<br><br>v.<br><br>Cheuk Fung Richard Ho,<br><br>*Defendant.* | 1:25-CR-00003-JAV |

**NOTICE OF APPEARANCE OF DAVID MCGILL**

**PLEASE TAKE NOTICE** that, pursuant to the Memo Endorsement entered by the Court on September 10, 2025 (DKT No. 52), the undersigned appears as counsel of record for Nonparty-1 in the above captioned matter *United States v. Ho*, 25-cr-00003-JAV. The undersigned certifies that he is admitted to practice in this Court.

Dated: September 19, 2025

Respectfully submitted,

*/s/ David H. McGill*

David H. McGill

ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Tel. 202-339-8400
dmcgill@orrick.com

*Counsel for Nonparty-1*